# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ROLAND PRICE,**

          **Petitioner,**

    **v.**                                **Case No. 16-CV-484**

**TIM DOUMA,**

          **Respondent.**

---

## <u>ORDER</u>

Roland Price, a Wisconsin state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the legality of his state conviction for armed robbery with use of force following a jury trial. Before me now are three motions by Price. First, Price asks for more time to research and file his brief in opposition to respondent's pending motion to dismiss. In his most recent motion, filed on November 7, 2016, he asks for a 35-day extension, which I will grant.

Second, Price asks that funds in his prison release account be placed in his prison trust account. He seems to think he needs this money to pay his $5.00 filing fee, but the fee has already been paid, so his request is moot. He does not mention any other reason for needing this money that is pertinent to his habeas petition, so I will not consider this request further.

Finally, Price raises a number of issues concerning the conditions of his confinement. He argues, among other things, that prison officials are interfering with his mail, providing inadequate legal resources, and discriminating against him in the assignment of prison jobs. In addition to the fact that Price does not name any of the officials who have done these things or describe with any specificity the injuries he has

1

suffered because of them, even if Price's complaints are true, "habeas corpus is not a permissible route for challenging prison conditions." *Robinson v. Sherrod*, 631 F.3d 839, 841 (7th Cir. 2011). If Price believes his civil rights have been violated by state officials, he can bring an action under 42 U.S.C. § 1983 to seek redress for those violations.

**THEREFORE, IT IS ORDERED** that Price's motion for access to his prison release account (ECF No. 18) and first motion for an extension of time (ECF No. 19) are **DENIED**.

**IT IS FURTHER ORDERED** that Price's second motion for an extension of time (ECF No. 20) is **GRANTED** as to his request for extra time in which to respond to respondent's motion to dismiss and otherwise **DENIED**. Price shall file a brief in opposition to respondent's motion to dismiss by **December 12, 2016**.

Dated at Milwaukee, Wisconsin, this 10th day of November, 2016.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge

2